UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
TADAJAH COLEMAN, :
:
Plaintiff, :
:
-v- :
: 24 Civ. 8576 (JPC)
COMEY FAMILY AFFAIR d/b/a RACHEL COMEY, :
and JULIE DISCOURS-RABIN, : ORDER
:
Defendants. :
:
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

On January 29, 2025, this case was automatically referred to mediation. Dkt. 11. The Docket reflects that the mediation conference, scheduled for May 13, 2025, was not held. Accordingly, no later than July 7, 2025, the parties shall submit a joint letter to the Court describing the status of mediation, including identifying the reason that the May 13, 2025 mediation conference was not held and whether a future mediation conference is scheduled.

SO ORDERED.

Dated: June 27, 2025
New York, New York

JOHN P. CRONAN
United States District Judge