```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TADAJAH COLEMAN,                                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :
            -v-                                                        :    24 Civ. 8576 (JPC)
                                                                       :
COMEY FAMILY AFFAIR d/b/a RACHEL COMEY                                 :    ORDER
and JULIE DISCOURS-RABIN,                                              :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 15, 2025, the Court ordered the parties to submit a joint letter updating the Court on the status of mediation and a potential settlement in this matter. Dkt. 20. The parties failed to submit this letter to the Court. Within one week of the filing of this Order, the parties should file on ECF a joint status update as described in Docket Number 20.

SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                                        JOHN P. CRONAN
                                                        United States District Judge